# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **CRAIG ZOGOPOULOS,** *Plaintiff* | § § § |
| **VS** | § § Case No. A-22-CV-00557-JRN |
| **WATERLOO CAR WASH, LLC,** *Defendant* | § § § § |

## ORDER

Before the Court is the above-entitled and styled cause of action. On August 31, 2022, the Plaintiff voluntarily filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Dkt. 6). Accordingly, the above-entitled case has now been dismissed without prejudice, and the Court enters the following order.

**IT IS ORDERED** that all relief not expressly granted is hereby **DENIED**.

**IT IS FURTHER ORDERED** that all pending motions are **MOOT**.

**IT IS FURTHER ORDERED** that each party bear its own costs.

**IT IS FINALLY ORDERED** that this action is hereby **CLOSED**.

SIGNED this 1st day of September, 2022.

JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE